# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JULIE SU, | ) | |
| ACTING SECRETARY OF LABOR | ) | |
| U.S. DEPARTMENT OF LABOR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-0007 |
| | ) | |
| TIMOTHY WALLANDER, an individual, | ) | |
| T&W SERVICES INC, and the | ) | |
| TW SERVICE SIMPLE IRA PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, Acting Secretary of Labor, by and through her undersigned counsel, serves this Notice upon the Court that she has reached an amicable resolution in this case and does hereby file and serve this Notice of Dismissal with Prejudice for the above-referenced case, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**EVERT VAN WIJK**
Associate Regional Solicitor

s/ Elaine M. Smith
**ELAINE M. SMITH**, Mo. Bar 69352
Trial Attorney

OFFICE OF THE SOLICITOR
U.S. DEPARTMENT OF LABOR
2300 Main Street, Suite 10100
Kansas City, MO 64108

Telephone: (816) 285-7262
Fax: (816) 285-7287
Smith.Elaine.M@dol.gov

*Attorneys for Plaintiff*


CERTIFICATE OF SERVICE

I certify that on May 15, 2023, I electronically filed the foregoing with the Clerk of the

Court for the United States District Court for the Northern District of Iowa by using the CM/ECF

system, and further certify that I sent by electronic mail to the following non-CM/ECF

participants:


Jon M. McCright
Attorney at Law
526 2nd Ave. S.E.
Cedar Rapids IA 52401-1818
(319) 365-9101 EX 104 (office)
(319) 365-9512 (fax)
JMcCright@lynchdallas.com

s/Elaine M. Smith